UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUNDIATA MUSA BOTLEY,

    Petitioner,

  v.

WASHINGTON STATE and PIERCE COUNTY,

    Respondents.

Case No. C10-5460BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 6). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The Report and Recommendation is **ADOPTED**; and

(2)    This matter is **DISMISSED without prejudice**.

DATED this 23rd day of September, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER